Jerry Lewis ADAMS, Plaintiff—
Appellant,

v.

G.M. JOHNSON, Health Service Director; H. Ponton, Warden; Sayed Kazi, Dr., Prison Physician; J. Fields, Director of Treatment Programs; G. Harris, Registered Nurse, Defendants—Appellees.

No. 05–6757.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2005.

Decided: Oct. 27, 2005.

Jerry Lewis Adams, Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Lewis Adams seeks to appeal the district court's order ordering him to submit the required number of copies of his complaint and denying his motion to

amend. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Adams seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Adams' motion for joinder of separate claims and his motion to file a supplemental informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*